**MARGULIES WIND, PA**
**Harborside Financial Center**
**Plaza 10, 3 Second Street, Suite 1201**
**Jersey City, New Jersey  07311-3988**
**(201) 333-0400   (201) 333-1110/fax**
**e-mail:fec@mwhlawfirm.com**
**Attorneys for Plaintiff**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VIRTUAL STUDIOS, INC.,** | **CIVIL ACTION NO:** |
| **Plaintiff,** | |
| **vs.** | **COMPLAINT** |
| **COURISTAN, INC.** | |
| **Defendant.** | |

By way of complaint against defendant Couristan, Inc., plaintiff Virtual Studios, Inc. states as follows:

### JURISDICTION

1.      The First Count of the within complaint is brought under the Federal Copyright Act of 1976, as amended, 17 U.S.C.A. §§101, *et seq.*  This Court has jurisdiction pursuant to Section 1338(a) of the Judicial Code (28 U.S.C.A. §1338(a)).  The remaining count of the complaint constitutes a related claim as to which the Court has pendant jurisdiction under Section 1338(b) as well as diversity jurisdiction under Section 1332.

**VENUE**

2.    Venue is appropriate under the provisions of 28 U.S.C. 1400(a).

**FACTS COMMON TO ALL COUNTS**

3.    Plaintiff, Virtual Studios, Inc., ("Virtual") provides a variety of services and products within the graphic arts industry.  Among those services are digital photography scanning, design and illustration, digital offset printing, presentation graphics, image setting, digital color and printers proofs, mounting and laminating.  Virtual is a corporation of the State of Tennessee, with its main place of business at 693 Varnell Road, Tunnel Hill, Georgia 30755.

4.    Approximately 13 years ago Virtual developed a unique software program enabling it to offer carpet and rug manufacturers digital room scenes created by Virtual on which to display their products in sales, advertising and marketing materials.

5.    Virtual's unique proprietary program allowed it to digitally photograph flooring products and manipulate the images of those products into previously developed room scenes, out of many created by Virtual.

6.    In approximately 2002 Virtual and defendant Couristan Industries, Inc. ("Couristan") began doing business together.  Through the new technology developed by Virtual, Couristan was able to display its rugs and carpeting in room scenes created by Virtual.  Couristan is a New York corporation with its main place of business at  Two Executive Drive, Fort Lee, New Jersey 07024.

7.    Under the terms of the agreement between the parties, Couristan would select certain room scenes and would provide Virtual with samples of its products which would then be photographed and Virtual would digitally manipulate the images of those products onto the images of its room

- 2 -

scenes which could then be used by Couristan for purposes of advertising, sales and marketing and could be placed on various web sites utilized by Couristan.

8.    The terms of the agreement between the parties concerning Couristan's use of the images produced by Virtual include, *inter alia*, the "Terms and Conditions" contained on the reverse side of all invoices submitted in a regular course of business by Virtual to Couristan.

9.    The subject invoices contained, *inter alia*, the following language:

> Virtual Studios will provide its Client with the unlimited use of all photographs for a period of 1 year from the day of completion and payment of services as stated below

> * * * * * *

> Client may not assign or transfer this agreement or any rights granted hereunder...No amendment or waiver of any terms is binding unless set forth in writing and signed by the parties.  This agreement incorporates by reference Article 2 of the Uniform Commercial Code, and the Copyright Act of 1976, as amended.

> * * * *

> Virtual Studios copyright notice "@ (Your First Publication) *Virtual Studios*" must accompany each editorial use as an adjacent credit line.

> * * * *

> Virtual Studios reserves the right to pursue unauthorized users of any Virtual Studios room scene image.  If you violate our intellectual property you may be liable for actual damages, loss of income, and profits you derived from the use of this image or clip, and, where appropriate, the cost of collection and/or statutory damages up to $150,000 (U.S.D.) per image.

10.   Defendant Couristan was actually aware of the foregoing language in the invoices submitted to it by defendant Virtual at all times relevant hereto and actually assented to the cited terms and conditions.

11.   As an additional term of the agreement between the parties respecting the use by Couristan of Virtual's images, Couristan agreed that Virtual had the sole and exclusive right to manipulate the room scene images by imposing thereon various images of rugs and carpeting products manufactured by Couristan.

12.   In 2007, Couristan discontinued doing business with Virtual.

13.   After Couristan terminated its business with Virtual, the latter discovered that Couristan had continued to use the images, whose use had been limited by the agreement between the parties to one year, for periods exceeding one year.

14.   With respect to the images that Couristan used and continues to use beyond the one year limitation of its agreement with Virtual, Couristan failed and refused to compensate Virtual beyond the payment of a one year fee with respect to each image.

15.   In addition, Virtual discovered after 2009 that Couristan had, on its own initiative, without the participation of Virtual and without Virtual's consent, undertaken to superimpose images of its own on to the room scene images Virtual had provided Couristan with.

## COUNT I

## COPYRIGHT INFRINGEMENT

16.   Plaintiff repeats and restates each and every allegation of Paragraphs 1 through 15 as though fully set forth herein.

17.   In 2007 and 2008, plaintiff Virtual complied in all respects with the United States Copyright Act of 1976 and all other laws governing copyright by applying for copyright registration and making the required deposit for each and every one of the room scene images provided defendant Couristan for its limited use.  The United States Copyright Office accordingly issued copyright

- 4 -

certificates for each of the subject room scenes with the latest effective date of the registration certificates of February 14, 2008.

18.   At all times defendant Couristan had actual or constructive notice of Virtual's copyright in and to the subject room scene images.

19.   The original room scenes provided to defendant Couristan included the following:

1.   10397StairCFull

2.   10458 Home_OfficeC
3.   10458 Home_OfficeC

4.   10458DRE

5.   10458LRC
6.   10458LRC
7.   10458LRC
8.   10458LRC
9.   10458LRC
10.   10458LRC
11.   10508LRC
12.   10508LRC
13.   10508LRC
14.   10508LRC

15.   10458LRE
16.   10458LRE
17.   10458LRE
18.   10458LRE
19,   10458LRE

20.   10461BR45
21.   10461BR45
22.   10461BR45
23.   10461BR45
24.   10461BR45
25.   10461BR45
26.   10461BR45

27.   10461LR24

28.   11622LRA
29.   11622LRA
30.   11622LRA

31.     11622LRA

32.     11622 MiscD
33.     11622 MiscD
34.     11622 MiscD
35.     11622 MiscD
36.     11622 MiscD
37.     11622 MiscD
38.     11622 MiscD

39.     11775Entr6

40.     11842DR2

41.     12631_FR1

42.     12787_FR4
43.     12787_FR4

44.     12787_FR5
45.     12787_FR5
46.     12787_FR5
47.     12787_FR5
48.     12787_FR5
49.     12787_FR5
50.     12787_FR5

51.     12787_LR4

52.     12787Foyer4
53.     12787Foyer4
54.     12787Foyer4

55.     12787FR3
56.     12787FR3

57.     12787LR10

58.     12787LR11

59.     12787LR5

60.     12787LR7

61.     12787Misc2

62.     12787Misc3

| | |
|---|---|
| 63. | 12787Misc6 |
| 64. | 12787Misc6 |
| 65. | 12787Misc6 |
| 66. | 12787Misc8 |
| 67. | 12891FR4 |
| 68. | 13033MBR2 |
| 69. | 13033MBR2 |
| 70. | 13364Stair1 |
| 71. | 13364Stair1 |
| 72. | 13364Stair3 |
| 73. | 13364Stair3 |
| 74. | 13364Stair3 |
| 75. | 13364Stair3 |
| 76. | 13364Stair3 |
| 77. | 13413_Misc2 |
| 78. | 13413_Misc2 |
| 79. | 13413Staircase1 |
| 80. | 13459_SC1 |
| 81. | 13459_SC1 |
| 82. | 13459Staircase2 |
| 83. | 13692BR1D |
| 84. | 13692BR1D |
| 85. | 13692DR2 |
| 86. | 13692Foyer2 |
| 87. | 13692FR1D |
| 88. | 13692LR2 |
| 89. | 13692LR2 |
| 90. | 13692LR2 |
| 91. | 13692LR2 |
| 92. | 13692LR2 |
| 93. | 13692LR2 |
| 94. | 13692LR2 |
| 95. | 13692LR2 |

96.     13692LR2
97.     13692LR2

98.     13692Stair6
99.     13692Stair6

100.    14312DR2

101.    14312FR1
102.    14312FR1
103.    14312FR1
104.    14312FR1
105.    14312FR1

106.    14312FR3
107.    14312FR3

108.    14312FR4
109.    14312FR4

110.    14312LR1
111.    14312LR1
112.    14312LR1

113.    14312Misc1
114.    14312Misc1
115.    14312Misc1
116.    14312Misc1
117.    14312Misc1
118.    14312Misc1
119.    14312Misc1
120.    14312Misc1
121.    14312Misc1
122.    14312Misc1

123.    14499FR5
124.    14499FR5
125.    14499FR5
126.    14499FR5

127.    15106_DR2
128.    15106_DR2

129.    15106BR12

130.    15106DR3

131.  15106Foyer3
132.  15106Foyer3

133.  15106FR10

134.  15642LR2

135.  15744LR1
136.  15744LR1

137.  16697_FR_5
138.  16697_FR_5

139.  16697LR4

140.  16697LR7
141.  16697LR7

142.  16840_FR2
143.  16840_FR2

144.  8708A

20.   The customized room images created by plaintiff in which plaintiff digitally installed images of defendant's products at defendant's request were the following:

1.   10397StairCFull_TajMahal

2.   10458 Home_Ofc_Westford
3.   10458_HOV_Antelope

4.   10458DRE_Garden7320_0001

5.   10458LRC_Prairie3
6.   10458LRC_Prairie2c
7.   10458LRC_Prairie2
8.   10458LRC_Prairie2b
9.   10458LRC_Prairie4b
10.  10458LRC_Prairie4
11.  10458LRC_Stonington
12.  10458LRC_Putty
13.  10458LRC_EnchantedGarden
14.  10458LRC_Almond Toast

15.  10458_LRE_EGSMCamel
16.  10458RE_EGSMC_Camel

17.   10458LRE_EGSMC_Camel_Blue
18.   10458LRE_EGSMC_Green
19.   10458LRE_8784_Ivory

20.   10461BR45_AdelaidTrlls_IvryA
21.   10461BR45_AdelaidTrlls_ BlckA
22.   10461BR45_AdelaidTrlls_ Gld
23.   10461BR45_AdelaidTrlls_ RedA
24.   10461BR45_AdelaidTrlls_ Red
25.   10461BR45_AdelaidTrlls_ Red2
26.   10461BR45_AdelaidTrlls_ Blck

27.   10461LR24_TajMahal

28.   11622LRA_SilverAspen
29.   11622LRA_ FloralMajestic
30.   11622LRA_ 2590_0796AtmnSpin
31.   11622LRA_ 2590_0796AtmnSpl

32.   11622MiscD_0361_0671_Blue

33.   11622MiscD_Windemere
34.   11622MiscD_Windemere
35.   11622MiscD_Windemere
36.   11622MiscD_Windemere
37.   11622MiscD_Windemere
38.   11622MiscD_Windemere

39.   11775Entr6_2500_2518_PrlBl

40.   11842DR2_GreenMist

41.   12631_FR1_2344_0004prgssns

42.   Arbor_Vine_Harlequin
43.   12787_FR4_2327_0646_LtMaple

44.   12787_FR5_BlackSands
45.   12787_FR5_BlackSands_ Wide
46.   12787_FR5_BlackSands_ Widep
47.   12787_FR5_BlackSands_ Sandsp
48.   12787_FR5_BlackSands_ Medp
49.   12787_FR5_BlackSands_ Med
50.   12787_FR5_Desert_Sand

51.   Nordic_Harlequin

| | |
|---|---|
| 52. | 12787Foyer4_Manhattan_Class |
| 53. | 12787Foyer4_Manhattan_Sm |
| 54. | 12787Fyr4_5300_079_MssGm |
| 55. | 12787_FR3_20150080 |
| 56. | 12787_FR3_2150_400 |
| 57. | 12787LR10_amsterdam560BL |
| 58. | 12787LR11_PalazzoSeafnBlue |
| 59. | 12787LR5_Cheetah |
| 60. | 12787LR7_8760_0004 |
| 61. | 12787Misc1_CB79_0003Lprd |
| 62. | 12787Misc3_Aligator |
| 63. | 12787Misc6_White_Tiger |
| 64. | 12787Misc6_While_Tiger_Sm |
| 65. | 12787Misc6_CB79_0005Zebra |
| 66. | 12787Misc823900128 |
| 67. | 12891FR4_52600004 |
| 68. | 13033MBR2_RC0007Sandstone |
| 69. | 13033MBR2_RC0007Sandstone2 |
| 70. | 13364_Stair_1_Everest |
| 71. | 13364_Stair_1_3721_4876 |
| 72. | 13364Stair3_SavannahBurg |
| 73. | 13364Stair3_SavannahCream |
| 74. | 13364Stair3_SavannahOnyxL |
| 75. | 13364Stair3_SavannahOlive |
| 76. | 13364Stair3_SavannahOnyxD |
| 77. | 13413_Misc2_SpringBlossoms |
| 78. | 13413_Misc2_SpringBlossoms_Sm |
| 79. | 13413Misc1_0105_0002Grn |
| 80. | 13413_Misc2_BantryGm2 |
| 81. | 13413Staircase1_Roccoco |

82.     13459_SC1-23002_003A_S_Sage
83.     13459_Strcs1_0691_Camel

84.     13459Staircase2_Provence

85.     13692BR1D_2020_0033Cocont
86.     13692BR1D_2020_0033Coc4x5

87.     13692DR2_Hanover_Red

88.     13692Foyer2_0621_2596C_G

89.     13692FR1D_1935/5426Natural

90.     13692LR2_Newcastle4ct
91.     13692LR2_NewcastleGm
92.     13692LR2_NewcastleBeige
93.     13692LR2_NewcastleRed
94.     13692LR2_NewcastleGold
95.     13692LR2_DevonshireBlack
96.     13692LR2_DevonshireBge
97.     13692LR2_DevonshireGold
98.     13692LR2_DevonshireGld
99.     13692LR2_DevonshireWine

100.    13692Stair6_VintageStar
101.    13692Stair6_3223-0296

102.    1431DR2_Royal Medlln_Ivory

103.    14312_FR1_ArborVine7329_0003
104.    14312_FR1_Vintage_7323_0002Ivy
105.    14312FR18132_2608_Persian_Red
106.    14312FR1_Persian_Hazelnut
107.    14312FR1_8132-2607_Hazelnut

108.    14312FR3_0621_2596
109.    14312FR3_8132_2606

110.    14312FR4_2415_0070_Wheat
111.    14312FR4_2415_0070_Wheat4x5

112.    14312LR1_roccoco_burgundy
113.    14312LR1_roccoco_black
114.    14312LR1_Rococ_Corinthian

115.    14312Misc1_Newcastle4ct

116.   14312Misc1_NewcastleGrn
117.   14312Misc1_NewcastleBeige
118.   14312Misc1_NewcastleRed
119.   14312Misc1_NewcastleGold
120.   14312Misc1_DevonshireBlack
121.   14312Misc1_DevonshireGrn
122.   14312Misc1_DevonshireGold
123.   14312Misc1_DevonshireRed
124.   14312Misc1_Devonshire4ct

125.   14499FR5_23850121
126.   14499FR54540_0172_Straw
127.   14499FR54540_0172_Straw2
128.   14499FR5_2500_2518_PrlBlk

129.   15106_DR2_2288_0644Manilla
130.   15106_DR2_8934_0645D

131.   15106BR12_Tramor_Red

132.   15106DR3_2380_Mirada_0157

133.   15106Foyer3_PersianGrdns5820
134.   15106Foyer3_PersianGrdns_Beige

135.   15106FR10_55400005JayBlue

136.   15642LR2_SydneyGold

137.   15744LR1_1719_0002_Red
138.   15744LR1_UROMOCHAI_Black

139.   16697FR5_Damask
140.   16697FR5_Damaskcharisma

141.   16697LR4_Chanterelle

142.   16697LR7_1157_7941_TaosLodge
143.   16697LR7_1431607TaosLodge

144.   16840_FR2_Wood_Grey
145.   16840_FR2_CloudMushroom

146.   8708A_palmyra_7315_0004

21. Notwithstanding Couristan's notice and knowledge of Virtual's rights and, contrary to its agreement with Virtual and without Virtual's permission or assent, Couristan has continued to copy, use, disseminate, and digitally manipulate and alter Virtual's copyrighted images.

22. Virtual notified defendant Couristan that it has infringed and is infringing Virtual's copyrights. Notwithstanding such notice, Couristan has continued and will continue to infringe Virtual's copyrights.

23. Couristan's acts of infringement have been, and continue to be willful.

24. The unauthorized and infringing use by Couristan of Virtual's copyrighted materials will unless enjoined, cause irreparable harm, damage and injury to Virtual. In addition, defendant Couristan has unlawfully and wrongfully derived and will continue to derive income and profits from its infringing acts.

**WHEREFORE**, plaintiff requests judgment against defendant for:

    a.    A permanent injunction enjoining defendant and its agents, servants and employees from infringing in any manner plaintiff's copyrights in the subject room scene images and from copying, disseminating, altering or otherwise disposing of any copies thereof following a final decision in this action;

    b.    An accounting for payment to plaintiff of all of the following sums:

        All gains, profits and advantages derived by defendant as a result of its infringement of plaintiff's copyrights, statutory damages or such damages as the Court shall deem proper and within the provisions of the copyright statutes.

    c.    The delivery by defendant, its agents, employees and all holding with, through or under it or anyone acting on its behalf to be impounded of all articles alleged to infringe

- 14 -

the copyrights of plaintiff in the subject room scene images;

d.       Delivery by defendant, its agents, employees and all holding with, through or under or anyone acting on its behalf for destruction following a final decision in this action, of all infringing copies concluding all infringing derivative images, digital files, magnetic tapes and other means for making infringing copies;

e.       Reasonable attorney's fees, interest, and costs of suit; and

f.       Such other and further relief as the Court deems equitable and just.

## COUNT II

### Breach of Contract

25.   Plaintiff repeats and restates each and every allegation of Paragraphs 1 through 24 as though fully stated herein.

26.   The continued use by defendant of plaintiff Virtual's products beyond the terms of use agreed upon between the parties constitutes a breach of contract by Couristan.

27.   Plaintiff Virtual has been and will continue to be damaged by the breach by defendant of the contract between the parties.

28.   Plaintiff has complied in all respects with its obligations under the contract between the parties.

**WHEREFORE**, plaintiff Virtual demands judgment against defendant Couristan as follows:

a.       Awarding damages in such amount as the Court shall deem appropriate for breach of contract;

b.       Awarding plaintiff interest and costs of suit;

c.       Awarding plaintiff reasonable attorney's fees; and

- 15 -

d.      Awarding such other and further relief as the Court deems equitable and just.

MARGULIES WIND, PA
Attorneys for Defendants/Counterclaimants

Dated: January 24, 2011          BY: _____

FRANK E. CATALINA