**MARGULIES WIND**
A Professional Corporation
Harborside Financial Center
Plaza 10, 3 Second Street, Suite 1201
Jersey City, New Jersey 07311-3988
(201) 333-0400   (201) 333-1110/fax
e-mail: jrk@mwhlawfirm.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIRTUAL STUDIOS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>COURISTAN, INC.<br><br>Defendant. | CIVIL ACTION NO:<br>2:11-CV-00427-JLL-CCC<br><br>RULE 7.1<br>DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Virtual Studios, Inc. certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Dated: February 2, 2011

Respectfully submitted,

MARGULIES WIND, P.A.

BY: _____
Frank E. Catalina
Harborside Financial Center
Plaza 10, 3 Second Street, Suite 1201
Jersey City, New Jersey 07311-3988
(201) 333-0400   (201) 333-1110/fax
e-mail: fec@mwhlawfirm.com