UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIRTUAL STUDIOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COURISTAN, INC.,<br><br>　　　　　Defendant. | Civ. Action No. 11-00427-JLL-CCC |

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY**
[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending time within which defendant Couristan, Inc. may answer, move, or otherwise reply to the Complaint filed by Virtual Studios, plaintiff herein and it is represented that:

　　1.　　No previous extension has been made;

　　2.　　Service of process was effected on March 15, 2011, via acknowledgement of waiver of service of summons, and which waiver request established April 15, 2011, as the deadline to answer or otherwise respond; and

　　3.　　Time to answer, move or otherwise reply expires on April 15, 2011.

　　　　　　　　　　　**FOLEY & LARDNER LLP**
　　　　　　　　　　　*Counsel for Defendant* COURISTAN, INC.

　　　　　　　　　　　and

　　　　　　　　　　　**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
　　　　　　　　　　　*Local Counsel for Defendant* COURISTAN, INC.


　　　　　　　　　　　By:　　/s/ Jay L. Lubetkin_____
　　　　　　　　　　　　　　JAY L. LUBETKIN (JL6473)

　　　　　　　　　　　293 Eisenhower Parkway, Suite 100
　　　　　　　　　　　Livingston, NJ 07039
　　　　　　　　　　　(973) 597-9100

Dated:　April 15, 2011

2

## **ORDER**

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
     Deputy Clerk

F:\Client_Files\A-M\Couristan\App for Ext of Time.DOC