| | |
|---|---|
| VIRTUAL STUDIOS, INC. : <br><br> Plaintiff, : <br><br> v. : <br><br> COURISTAN, INC., : <br><br> Defendant. : | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Hon. Jose L. Linares <br> Civil Action No. 11-427 (JLL) <br><br> ORDER ON INFORMAL APPLICATION |

**THIS MATTER** having come before the Court pursuant to the October 11, 2011, letter from the defendant [ECF No. 26]; and the Court having held a telephone conference with the parties on the record on October 14, 2011; and for the reasons set forth on the record during the October 14, 2011, telephone conference; and for good cause shown:

**IT IS on this 14th day of October 2011,**

**ORDERED THAT:**

1. Plaintiff shall provide complete responses to defendant's written discovery demands on or before **October 19, 2011, at 5:00 p.m.** Failure to do so may result in the imposition of sanctions pursuant to Fed. R. Civ. P. 16(f) and/or Fed. R. Civ. P. 41.

2. The parties shall submit their confidential settlement memoranda to the Court pursuant to paragraph 8 of the Court's September 14, 2011, Pretrial Scheduling Order [ECF No. 25] on or before **November 3, 2011, at 5:00 p.m.**

All other provisions of the Court's September 14, 2011, Pretrial Scheduling Order remain in full effect.

*s/ Michael A. Hammer*
UNITED STATES MAGISTRATE JUDGE