**MARGULIES WIND, PA**
Harborside Financial Center
Plaza 10, 3 Second Street, Suite 1201
Jersey City, New Jersey  07311-3988
(201) 333-0400  (201) 333-1110/fax
e-mail: fec@mwhlawfirm.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIRTUAL STUDIOS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>COURISTAN, INC.,<br><br>Defendant. | Civ. Action No. 11-00427-SLL-CCC<br><br><br>**STIPULATION OF PARTIAL<br>DISMISSAL WITH PREJUDICE** |

The parties hereto, through their undersigned counsel, hereby stipulate and agree that Count II of the Complaint in the within matter is hereby dismissed with prejudice.

**MARGULIES WIND, P.A.**
Harborside Financial Center
Plaza 10, 3 Second Street, Suite 1201
Jersey City, N.J. 070302
Attorneys for Plaintiff

By: Frank E. Catalina, Esq.

Dated: December 19, 2011

**FOLEY & LARDNER, LLP**
90 Park Avenue
New York, New York 10016-1314
and
**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, N.J. 07039
Attorneys for Defendant

By: Jay L. Lubetkin, Esq.

Dated: December 19, 2011

**SO ORDERED:**

HON. JOSE L. LINARES, U.S.D.C.J.
12/20/2011