|  |  |  |
|---|---|---|
| **VIRTUAL STUDIOS, INC.** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| **Plaintiff,** | : |  |
|  | : |  |
| v. | : | Civil Action No. 11-427 (JLL) |
|  | : |  |
| **COURISTAN, INC.,** | : |  |
|  | : | ORDER ON INFORMAL APPLICATION |
| **Defendant.** | : | AND AMENDED SCHEDULING ORDER |
|  | : |  |

**THIS MATTER** having come before the Court for a telephone status conference on March 9, 2012; and for good cause shown:

**IT IS on this 9th day of March 2012,**

**ORDERED THAT:**

1. Plaintiff will produce the outstanding Thomas Sucher documents to defendant on or before **March 16, 2012.** The parties have agreed that defendant may re-depose Thomas Sucher upon defendant's receipt of the documents, and will meet and confer on whether and when such deposition will take place.

2. On or before **March 16, 2012,** the parties will advise the Court of their proposed date and time for a settlement conference.

3. The parties will meet and confer regarding the outstanding discovery disputes discussed during the March 9, 2012, conference, including but not limited to: (1) Plaintiff's proposal for an extension of the discovery deadline to allow it to subpoena from third parties certain communications between defendant and four of its vendors; (2) plaintiff's demand for a chart prepared by defendant and the issue of whether the chart and/or related communications are protected by the work-product doctrine; and (3) defendant's demand for approximately twenty-eight documents that plaintiff inadvertently produced to defendant, which defendant destroyed pursuant to the terms of the Discovery Confidentiality Order filed on November 1, 2011 [ECF No. 31], and for which defendant now claims plaintiff has failed to preserve the privilege.

4. On or before **March 28, 2012,** the parties shall file a joint letter advising the Court of the results of their meet-and-confer on the above issues. For each unresolved issue, each party shall present its position on that issue, the basis for its position, and the legal authorities supporting its position. The parties shall also

      advise the Court of whether and when defendant will resume the deposition of Thomas Sucher.

5.     Fact discovery is hereby extended to **April 16, 2012.** The Court will revisit this issue and the anticipated extension of deadlines for expert reports and expert discovery upon its review of the March 28, 2012, joint letter.

                                          *s/ Michael A. Hammer*
                                          UNITED STATES MAGISTRATE JUDGE