**MARGULIES WIND, PA**
Harborside Financial Center
Plaza 10, 3 Second Street, Suite 1201
Jersey City, New Jersey 07311-3988
(201) 333-0400   (201) 333-1110/fax
e-mail:fec@mwhlawfirm.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIRTUAL STUDIOS, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COURISTAN, INC.<br><br>　　　　　Defendant. | CIVIL ACTION NO:<br>11-00427-JLL-CCC<br><br><br><br>ORDER RESETTING<br>SETTLEMENT CONFERENCE |

　　　This matter having come before the Court with the consent of counsel, Robert E. Margulies, Esq., appearing for the plaintiff and Robert S. Weisbein, Esq., appearing for the defendant and for good cause shown;

　　　IT IS ON THIS 13th day of April, 2012

　　　ORDERED that the Settlement Conference presently scheduled for Friday, May 25th, 2012 is adjourned to Tuesday, July 17th, 2012 at 10:30 a.m., at which time counsel are to appear with their clients who have full authority for settlement; and

IT IS FURTHER ORDERED that *ex parte* settlement positions, not more than five (5) pages, are to be sent to the Court by each party on or before July 10th, 2012.

_____
Michael A. Hammer
United States Magistrate Judge