| | |
|---|---|
| **VIRTUAL STUDIOS, INC.** : | **UNITED STATES DISTRICT COURT** |
| : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff,** : | |
| : | **Hon. Jose L. Linares** |
| **v.** : | **Civil Action No. 11-427 (JLL)** |
| : | |
| **COURISTAN, INC.,** : | |
| : | **ORDER ON INFORMAL APPLICATION** |
| **Defendant.** : | |

**THIS MATTER** having come before the Court by way of letters, dated June 20, 2012, from plaintiff Virtual Studios, Inc. (ECF No. 53, refiled at ECF No. 54) and response, dated June 21, 2012, from defendant Couristan, Inc. (ECF No. 55) regarding the parties' discovery dispute;

and it appearing that plaintiff seeks to serve additional interrogatories;

and it also appearing that defendant objects to an enlargement of the number of interrogatories plaintiff may serve;

and the Court having reviewed the letters;

and Local Civil Rule 37.1(a)(1) and Federal Rule of Civil Procedure 37(a)(1) requiring the parties to meet and confer in a good faith effort to resolve discovery disputes before presenting them to the Court;

and it appearing from the letters that the parties have not met and conferred in good faith to attempt to resolve these issues before raising this dispute with the Court;

IT IS on this 27th day of June, 2012,

ORDERED THAT the parties shall meet and confer in an attempt to resolve the issues raised in the parties' letters (ECF Nos. 54 and 55); and it is further

ORDERED that, no later than **July 3, 2012**, the parties shall file a joint letter reporting the result of their meet and confer and addressing any unresolved issues by setting forth each party's position; and it is further

ORDERED that the parties shall apply the following protocol for all future discovery disputes:  Counsel shall confer in a good faith attempt to informally resolve any and all discovery disputes **before** seeking the Court's intervention.  *See* L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f)(1).  Should such informal effort fail to resolve the dispute, the matter shall be brought to the Court's attention via a joint letter that sets forth: (a) the request; (b) the response; (c) efforts to resolve the dispute; (d) why the complaining party believes the information is relevant and why the responding party's response continues to be deficient; and (e) why the responding party believes the response is sufficient.  No further submissions regarding the dispute may be submitted without leave of Court.  If necessary, the Court will thereafter schedule a telephone conference to resolve the dispute.

*s/ Michael A. Hammer*
UNITED STATES MAGISTRATE JUDGE