LAW OFFICES
# MARGULIES WIND
A PROFESSIONAL CORPORATION

HARBORSIDE FINANCIAL CENTER
PLAZA 10, SUITE 1201
3 SECOND STREET
JERSEY CITY, NEW JERSEY 07311-3988

(201) 333-0400
www.margulieswind.com
FAX (201) 333-1110

ROBERT E. MARGULIES ✿♦✱❖
JACK JAY WIND
PAUL M. TSCHIRHART ⊕
JEFFREY R. KIVETZ ✿♣◯
GERARD D. PIZZILLO ✿
✿ Also member New York Bar
♦ Also member Massachusetts Bar
⊕ Also member District of Columbia Bar
⊛ Also member Florida Bar
♣ Also member Illinois Bar
◯ Also member Wisconsin Bar
✱ Rule 1:40 qualified Mediator
◊ Certified Civil Trial Lawyer
❖ CEDR Accredited Mediator

MAURICE C. BRIGADIER
(1902-1991)

Of Counsel
SEYMOUR MARGULIES ✿♦⊕⊛
HAROLD I. BRAFF ✿✱◊
FRANK E. CATALINA

January 4, 2013

<u>Via e-filing</u>

Magistrate Judge Michael A. Hammer
Martin Luther King, Jr. Federal Building & U.S. Courthouse
Court Room MLK 3C
50 Walnut Street
Newark, New Jersey 07101

     Re:    Virtual Studios, Inc. v. Couristan, Inc.
               Civil Action No. 11-cv-00427-JLL-MAH
               Our File No. RQ13285

Dear Magistrate Hammer:

     I understand there is a conference call scheduled for Monday in the above matter, which counsel ask that you adjourn since the matter has been resolved. I was advised by Mr. Weisbein today that his client has signed the settlement agreement that my client previously signed. The Stipulation and Order of Dismissal will be presented for filing next week.

     Thank you for your consideration and help in this matter.

                                         Respectfully,

                                         Robert E. Margulies

REM:mf

     cc:    Robert Weisbein, Esq.
               Akiva Cohen, Esq.
               Britton Payne, Esq.