UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

# CLOSED

| | |
|---|---|
| VIRTUAL STUDIOS,<br><br>    Plaintiff(s),<br><br>v.<br><br>COURISTAN, INC.,<br><br>    Defendant(s). | Civil Action No.: 11-427 (JLL)<br><br>O R D E R |

It appearing that it has been reported to the Court that the above captioned matter has been settled;

**It is on this 4th day of JANUARY, 2013;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated; and, it is further,

**ORDERED**, that the Clerk shall close the file in this matter.

_____
JOSE L. LINARES, U.S.D.J.